## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal Case No.: 1:20-cr-00049-RDM |
| ROY BOULOS, | **UNDER SEAL** |
| Defendant. | |

## <u>DECLARATION OF ROY BOULOS</u>

I, Roy Boulos, declare as follows:

1.      I make this declaration in support of the concurrently filed Motion to Withdraw Plea of Guilty (the "Motion").  I make this declaration based on personal knowledge.  If called as a witness, I could and would testify competently to the facts set forth in this declaration.

2.      I am a naturalized United States Citizen.

3.      I was born in Lebanon and raised in a small village located in Southern Lebanon. The population of my village was approximately 300 people, most of whom were my family.

4.      My primary language is Arabic.  As a child, I was taught in Arabic and French.

5.      During my childhood, my family and I experienced a lot of violence, chaos, and fear.  My schools were often shut down because of the civil war.

6.      I struggled in school because I had trouble learning and understanding.  I was hit with a stick for making mistakes in school.  I had trouble keeping up with my classmates, and I felt stupid.  I still do.  I am ashamed by my past struggles with school and learning.

1

7. Because I did so poorly in school, I was sent directly to a technical school rather than the Lebanese version of high school. I was placed in a program to study architecture.

8. My technical school years were regularly disrupted by the civil war. As a result of these disruptions and my difficulties in school, I never completed the program.

9. I did not begin to learn any English until I came to the United States. I can only read very simple items in English, like inventory lists for my business. When I text others, I use my smartphone's talk-to-text feature.

10. I rely on my wife, Betty Boulos, to help me navigate the English speaking world. She reads and translates emails and other written materials from English to Arabic for me. She also writes emails and other written materials for me in English. She translates words or concepts for me into Arabic when we are speaking with others in English.

11. Whenever I have doctors' appointments or other events that include reading and filling out forms, Betty comes with me so that she can read and complete the forms for me. She also speaks with the doctor for me, and then translates the doctor's diagnoses, instructions, or other statements to me. I never see my primary care physician without Betty.

12. If Betty is not with me, I try to hide that I do not understand. I have learned that I can cover up my language and learning issues by changing the subject or making a joke.

13. My prior lawyers always spoke to me in English. They read and explained the charge against me, the plea agreement I signed, and the statement of the offense in English. My prior lawyers never provided an Arabic interpreter to read these documents to me nor to translate their advice to me.

14. I did not understand the charge to which I pled or the rights that I was giving up. I did not understand the word "conspiracy" and I still don't understand what it means.

2

15.     I would never have accepted the plea agreement and statement of the offense if I had understood the charge and the rights that I was giving up.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21 day of February 2024 in Las Vegas, Nevada.

By: _____
Roy Boulos

DocuSign Envelope ID: 60E38E77-751D-48B5-93E0-26BD711C3897

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024, I electronically transmitted the foregoing document to the recipients listed below via lthompson@bklwlaw.com:

Jordan Dickson
jordan.dickson@usdoj.gov
Trevor Wilmot
trevor.wilmot@usdoj.gov
United States Department of Justice

By: _/s/ Leah Thompson_
Leah Thompson