**UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

ROY BOULOS,

              Defendant.

Criminal Case No.: 1:20-cr-00049-RDM

**UNDER SEAL**

**JOINT STATUS REPORT**

Defendant Roy Boulos and the United States of America, through their respective counsel, respectfully submit this joint status report.

1.      On February 23, 2024, Mr. Boulos moved to withdraw his guilty plea on the ground that his plea was tainted by his limited English proficiency and intellectual deficits. Mr. Boulos also argued that he was innocent because he lacked the requisite intent and because his conduct was not illegal. The government opposed the motion, and Mr. Boulos filed a reply.

2.      On April 23, 2025, the parties appeared for a hearing on Mr. Boulos's motion. Mr. Boulos was aided by an Arabic interpreter. The government did not seek an evidentiary hearing. But the Court indicated that it wished to hold an evidentiary hearing for various reasons, including to hear from the expert who evaluated Mr. Boulos, before it ruled on his motion. The Court set the evidentiary hearing for November 20 and 24, 2025.

3.      On November 13, 2025, the Court continued the evidentiary hearing to January 20, 2026, at the request of the government. The parties are prepared to proceed on that date.

1

4.      The parties were informed that on or about December 23, 2025, the Court ordered the parties to file a status report identifying the number of witnesses each side wishes to call and the order and format in which they will be called.  The parties understand that order was sent through the U.S. Postal Service, but the parties have not received a copy of that order as of the date of this filing.  For the foregoing reasons the parties now provide the following report:

**<u>DEFENSE WITNESSES</u>**

Mr. Boulos intends to call the four witnesses whose sworn declarations were attached to his motion to withdraw the plea at the evidentiary hearing.  Mr. Boulos's witnesses, other than Dr. Gregory Harder, will testify in person.  Counsel for Mr. Boulos will appear in person.

Mr. Boulos proposes to call the witnesses in the following order and format:

1.  Gregory Harder, Psy.D. (Zoom)

2.  Drew Strozza (in person)

3.  Betty Boulos (in person)

4.  Roy Boulos (in person)

**<u>GOVERNMENT WITNESSES</u>**

The Government intends to call Barry Boss and Karen Williams (Mr. Boulos's prior counsel), in person.  The witnesses will be called in the following order and format:

1.  Barry Boss (in person)

2.  Karen Williams (in person)

Counsel for the Government will appear in person.

Respectfully submitted,

Dated: January 6, 2026                    By: */s/ John L. Littrell*
                                                    John L. Littrell (Bar No. CA00194)
                                                    jlittrell@bklwlaw.com
                                                    Bienert Katzman Littrell Williamm LLP

903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel: (949) 369-3700
Fax: (949) 339-3701
*Attorney for Defendant Roy Boulos*

Dated: January 6, 2026

Edward P. Sullivan, Acting Chief
Public Integrity Section
U.S. Department of Justice

By: */s/ Alexandre Dempsey*
Alexandre Dempsey (DC Bar No. 1010101)
alexandre.dempsey@usdoj.gov
Trial Attorney
Public Integrity Section
U.S. Department of Justice
1301 New York Ave., N.W.
Washington, D.C. 20530
Tel: (202) 957 3014