# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          )
                                  )
v.                                )   Criminal No. 1:20-CR-00049 (RDM)
                                  )
ROY BOULOS,                       )
                                  )
          Defendant.              )

## JOINT STATUS REPORT AND MOTION TO SET STATUS HEARING

The United States of America and Defendant Boulos, by and through their undersigned counsel, respectfully submit this joint status report and motion. In support of this joint status report, the parties state as follows:

1.    On November 7, 2019, an indictment was returned charging the Defendant and others with conspiracy to commit offenses against the United States, making conduit contributions, making excessive contributions, causing the submission of false statements, causing the submission of false records, and obstruction of justice. The indictment stems from a multi-year investigation by the Federal Bureau of Investigation into a scheme to make conduit and excessive contributions to various political committees during and after the 2016 election.

2.    On January 20, 2026, the Court granted Defendant's motion to withdraw his guilty plea in this case and ordered the parties to file a status report within 30 days, excluding time until that date.

3.    At this time, the United States intends to move forward with the case against the Defendant and his co-defendant Ahmad "Andy" Khawaja. As the Court is aware, Defendant Khawaja remains a fugitive from justice and is currently joined for trial with the Defendant.



**RECEIVED**

FEB 1 9 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

4.     The government and the Defendant jointly request that the Court set a status conference on or about May 20, 2026, to allow time for review of discovery and any further negotiation with the government. The government and the Defendant further request that the time from February 20, 2026 to the date of the next status hearing be excluded pursuant to 18 U.S.C. §§ 3161(h)(6) and 3161(h)(7)(A). The government and the Defendant submit that the ends of justice served by excluding time outweigh the best interest of the public and the Defendant in a speedy trial. Counsel for the Defendant has conferred with his client regarding this request and regarding the Defendant's rights under the Speedy Trial Act. The Defendant consents to the exclusion of time under the Speedy Trial Act.

5.     Nothing in this status report or order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

EDWARD P. SULLIVAN
Acting Chief, Public Integrity Section
U.S. Department of Justice

By:     /s/ *Alexandre Dempsey*
          Alexandre M. Dempsey
          Trial Attorney
          Public Integrity Section
          U.S. Department of Justice

## [PROPOSED] ORDER

IT IS SO FOUND AND ORDERED this _____ day of February, 2026.

_____
THE HONORABLE RANDOLPH D. MOSS
United States District Judge

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this date, my representative physically delivered the foregoing with

the Clerk of the Court. The filing is joint and has already been approved by opposing counsel.

/s/ *Alexandre Dempsey*
Alexandre M. Dempsey

Dated:  18 February 2026